UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CONRADINO NAVARRETE,<br><br>            Plaintiff,<br><br>    v.<br><br>THE SHERIFF'S DEPARTMENT OF<br>THE CITY OF MONTEREY PARK,<br>et al.,<br><br>            Defendants. | NO. CV 14-1179-GAF(E)<br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that:  (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Judgment shall be entered dismissing the Complaint without leave to amend and

dismissing the action without prejudice for lack of subject matter jurisdiction; and (3) Defendant's Motion is denied as moot.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendant.

DATED: May 30, 2014.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE