JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL CONRADINO NAVARRETE, | NO. CV 14-1179-GAF(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE SHERIFF'S DEPARTMENT OF THE CITY OF MONTEREY PARK, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 30, 2014.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**